**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE No.: 17-15635-BKC-RAM
Chapter 13

IN RE:
ARIEL ENRIQUE SOLORZANO
    Debtor
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM No. 2 (ECF 89)**

The Debtor, Ariel Enrique Solorzano, by and through her undersigned attorney hereby withdraws its Objection to Claim No. 2 (ECF 89) filed on 3/13/2018.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice was served electronically to the Clerk of the United States Bankruptcy Court and to Nancy K. Neidich, Trustee on this 21st day of June, 2018.

/s/_____
Jose P. Funcia, Esq.
MILLER & FUNCIA, P.A.
9555 N. Kendall Drive
Suite 211
Miami, FL 33176
Telephone 305-274-2922
millerfunciapa@bellsouth.net
FL Bar No 0698210