

**ORDERED in the Southern District of Florida on June 27, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

                                                       Chapter 13
                          Case No.: 17-15635-RAM

**ARIEL ENRIQUE SOLORZANO,**

    Debtor.
_____/

**ORDER CONTINUING HEARING ON MOTION FOR
AUTHORIZATION TO DISBURSE PRE-CONFIRMATION ADEQUATE
PROTECTION PAYMENTS TO ADMINISTRATIVE, SECURED AND
PRIORITY CREDITORS AND COURT ORDERED TRIAL/INTERIM PAYMENTS**

**THIS MATTER** came before the Court on October 17, 2017 upon the Motion for Authorization to Disburse Pre−Confirmation Adequate Protection Payments to Administrative, Secured and Priority Creditors and Court Ordered Trial/Interim Payments Filed by Creditor BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely in its Capacity as Separate Trustee of CAM XII Trust [D.E. 26] (the "Motion"). The Court having considered the Motion and being otherwise fully advised in the premises, finds it appropriate to enter an order continuing the hearing on the Motion. Accordingly, it is hereby

*Case No.: 17-15635-RAM*

- 2 -

**ORDERED,** as follows:

1. The hearing on the Motion is continued to **July 24, 2018 at 9:00 a.m.**, at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**

Chase A. Berger, Esq.
Mr. Berger shall serve a conformed copy of this Order upon all interested parties and shall serve a Certificate of Service within three (3) days from the date of the Order.